PHIL BROWN, ESQ.
Nevada Bar No. 6240
BROWN LAW OFFICES
200 Hoover Ave., Unit #130
Las Vegas, NV  89101
Telephone (702) 405-0505
Facsimile (866) 215-8145
Thelasvegasdefender@gmail.com
Attorney for Defendant Joanna Perez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff,<br><br>    vs.<br><br>ROBERT PEREZ, et al.,<br><br>      Defendant. | 2:12-cr-00360-JCM-VCF<br><br>CASE NO.: ~~2:11-CR-331~~<br><br>**DEFENDANT JOANNA PEREZ'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT AND PROPOSED ORDER** |

Comes now, appointed counsel Phil Brown Esq., and hereby moves this Court request a Pre-Plea Pre-Sentence Investigation Report be prepared by the Probation department.

1) It appears that defendant has no criminal history and may be eligible for a sentence outside the applicable United States Sentencing Guideline (U.S.S.G.) range pursuant to U.S.S.G. § 5C1.2, 18 U.S.C § 3553(f) and U.S.S.G. § 2D1.1(b)(6).  Whether the defendant is eligible for the Safety Valve will drastically impact her sentencing exposure, negotiations, and client's decision as to how she should proceed. A pre-plea presentence report will promote judicial economy and aid in the manner in which this case is ultimately resolved.

2) Undersigned counsel therefore respectfully requests an order that the Department of Probation conduct a pre-plea presentence investigation report as soon as possible.

3) Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Robert Knief regarding this request and he has no opposition.

DATED this 5th day of February, 2013.

/s/Phil Brown
PHIL BROWN,  ESQ.
200 HOOVER AVE, UNIT #130
LAS VEGAS, NEVADA 89101
ATTORNEY FOR THE DEFENDANT
SCOTT WEST

PHIL BROWN, ESQ.
Nevada Bar No. 6240
BROWN LAW OFFICES
200 Hoover Ave., Unit 130
Las Vegas, NV  89101
Telephone (702) 405-0505
Facsimile (866) 215-8145
Thelasvegasdefender@gmail.com
Attorney for Defendant – Joanna Perez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT PEREZ, et. al., <br><br> Defendant. | **CASE NO.: 2:12-CR-360** <br><br> **ORDER GRANTING DEFENDANT JOANNA PEREZ'S MOTION FOR PRE-PLEA PRESENTENCE REPORT** |

IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Sentence Investigation Report on Defendant Joanna Perez.

DATED this the  22nd  day of February, 2013.

_____
U.S. ~~DISTRICT~~ JUDGE
MAGISTRATE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of Brown Law Offices, Chartered, and is a person of such age and discretion as to be competent to serve papers.

That on February 5, 2013, he served an electronic copy of the above and foregoing UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT by electronic service (ECF) to the person named below:

DANIEL BOGDON
United States Attorney

ROBERT KNIEF
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, NV 89101

/s/ Philip H. Brown
_____
Employee of Brown Law Offices, Chartered